UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Samuel Stamping Technologies, LLC,                    Case No. 3:20-cv-1011

        Plaintiff,

    v.                                                                    ORDER


Therma-Tru Corp.,

        Defendant.


Before me is Defendant Therma-Tru's "unopposed motion for leave to file the declaration of Eric Dotson and Exhibits A, B, C, to the Dotson declaration under seal."  (Doc. No. 126).  In support, Therma-Tru alleges:

> The Dotson Declaration cites confidential information in Exhibits A, B, and C to the Dotson Declaration, which have been designated as "Highly Confidential – Attorneys' Eyes Only" by Defendant Therma-Tru under the Protective Order (ECF 113 ¶¶ 6.b), indicating that the confidential Documents contains competitively sensitive and confidential financial information.

(*Id.* at 1).  But Therma-Tru does not acknowledge or apply the law of this Circuit, as set forth in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-06 (6th Cir. 2016), which requires that "[t]he proponent of sealing therefore must 'analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'"  825 F.3d at 305-06 (quoting *Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 548 (7th Cir. 2002)).

Because Therma-Tru falls short of its burden, I cannot fulfill my "obligation to explain the basis for sealing [these] records . . . independent of whether anyone objects to it."  *Shane Group, Inc.*, 825 F.34 at 306.  Therefore, I deny Therma-Tru's motion to the extent Therma-Tru seeks to

*permanently* seal these documents.  But to ensure the denial of this motion does not interfere with the briefing schedule currently in effect, I grant Therma-Tru leave to file these documents under seal on a conditional basis.

To maintain the seal, Therma-Tru shall file a renewed motion to seal no later than June 12, 2026.  If appropriate, Therma-Tru should attach to this motion redacted copies of these documents which may be filed on the public docket.   If Therma-Tru fails to file a renewed motion, in compliance with *Shane Group*, this Order to seal will be vacated and the documents will become accessible on the public docket.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge