UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Samuel Stamping Technologies, LLC,                         Case No. 3:20-cv-1011

          Plaintiff,

    v.                                                                                 ORDER

Therma-Tru Corp.,

          Defendant.

Before me is Samuel Stamping's "unopposed motion to file Therma-Tru's confidential information under seal." (Doc. No. 133). In support, Samuel Stamping alleges "[t]he information that is the subject of this request is arguably of the same type as the information at issue in Therma-Tru's Renewed Motion and would be resolved in the same manner." (*Id.* at 1). Samuel Stamping does not separately "'analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-06 (6th Cir. 2016) (quoting *Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 548 (7th Cir. 2002)).

Nevertheless, I conditionally grant Samuel Stamping's motion to the extent I grant leave to file the documents identified in the motion under seal but order redacted copies of these documents be filed on the public docket. (Doc. No. 133). Should I conclude any sealed document or portion thereof should not remain under seal for the reasons set forth by Therma-Tru, I will order the document be unsealed in whole or in part.

Finally, I order that, should Therma-Tru require leave to file its reply or any additional document under seal, they shall move for leave no later than July 22, 2026.


So Ordered.


s/ Jeffrey J. Helmick
United States District Judge